

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**    312-435-5670
Clerk

Date 3/30/2020

Dorothy Brown, Clerk
Circuit Court of Cook County
Richard J. Daley Center
50 W. Washington Street
Chicago, IL  60602

Re:  Villagomez v. iSolved HCM, LLC
USDC Case Number:  1:19-cv-08205
Circuit Court Case Number:  2019 CH 12932

Dear Clerk:

A certified copy of an order entered on 3/16/2020 by the Honorable Robert W. Gettleman, remanding the above-entitled case back to the Circuit Court of Cook County, Illinois is herewith transmitted to you for your files.

> Sincerely yours,
> Thomas G. Bruton, Clerk
>
> By: /s/ P. Janeczek
>       Deputy Clerk

Enclosure(s)

Rev. 10/05/2016

UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.2
Eastern Division

Sergio Villagomez

                    Plaintiff,

v.                                                      Case No.: 1:19−cv−08205
                                                        Honorable Robert W. Gettleman

iSolved HCM, LLC

                    Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 16, 2020:

      MINUTE entry before the Honorable Robert W. Gettleman: On the parties' Joint Stipulation [22], this case is ordered remanded to the Circuit Court of Cook County, Illinois, County Department, Chancery Division. Defendant's motion to dismiss [17] and status hearing set for 3/25/2020 are stricken as moot. Civil case terminated. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ PATRYCJA JANECZEK
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
March 30, 2020